167 A.3d 649

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
AARON COPELAND, DEFENDANT-PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003182–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

167 A.3d 650

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
CHARLES SHEPPARD, DEFENDANT-PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000631–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.